# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 21, 2023

## NO. 03-21-00395-CV

**Texas Commission on Environmental Quality and Texas LNG Brownsville, LLC, Appellants**

**v.**

**Vecinos Para El Bienestar De La Comunidad Costera, and City of Port Isabel, Texas, Appellees**

**APPEAL FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
REVERSED AND DISMISSED -- OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the order signed by the trial court on July 27, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and dismisses the case. The appellees shall pay all costs relating to this appeal, both in this Court and in the court below.